**Kelsey R. WOOD, Plaintiff–Appellant,**

v.

**TECHNOLOGY FOR ENERGY CORPORATION, Defendant–Appellee.**

**No. 15–5649**

United States Court of Appeals, Sixth Circuit.

FILED June 30, 2016

Jesse D. Nelson, Law Office, Knoxville, TN, for Plaintiff–Appellant

John Edward Winters, Kramer Rayson, Knoxville, TN, for Defendant–Appellee

BEFORE: NORRIS, BATCHELDER, and SUTTON, Circuit Judges.

## III. CONCLUSION

For the reasons set forth above, we **AFFIRM** the judgment of the district court.

ALICE M. BATCHELDER, Circuit Judge.

Kelsey R. Wood alleges that Technology for Energy Corporation ("TEC") violated the Equal Pay Act, 29 U.S.C. § 206(d), *et seq.*; the Tennessee Human Rights Act, Tenn. Code Ann. § 4–21–101, *et seq.*; and Tenn. Code Ann. § 50–2–202 when it paid her a salary and bonuses lower than those of her male coworkers. The district court entered an order granting TEC's motion for summary judgment with a memorandum opinion setting forth the reasons for its decision. On appeal, Wood argues that the district court erred by granting TEC's motion for summary judgment because her salary and bonus violated the Equal Pay Act.

After carefully reviewing the record, the applicable law, and the parties' briefs, we are convinced that the district court did not err in its conclusions. The district court's opinion carefully and correctly sets out the undisputed facts and the law governing the issues raised, and clearly articulates the reasons underlying its decision. Thus, issuance of a full written opinion by this court would serve no useful purpose. Accordingly, for the reasons stated in the district court's opinion, we AFFIRM.